IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:     14-cv-00952-RBJ | Date: February 20, 2015 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| PAUL KREUTZER | Marc F. Bendinelli |
| **Plaintiff** | |
| v. | |
| AUTO-OWNERS INSURANCE COMPANY | Heather E. Judd |
| | Karen H. Wheeler |
| **Defendant** | |

### COURTROOM MINUTES

**DISCOVERY HEARING**

Court in Session: 1:30 p.m.

Appearance of counsel.

The Court reviews its practices for discovery disputes, reminds counsel to confer in person or on the phone.

Discussion held on information provided to insurance company databases.

**ORDERED:   Request for confidentiality regarding Owners' internal claim handling procedures with regards to this hearing is DENIED.**

Discussion held on the plaintiff's injury claims that are public information.

Discovery dispute argued.

**ORDERED:   Personal information submitted to the insurance company, whether for claims or settlement purposes or litigation, are to be used only for the**

> **purposes of this case and are to be returned to the plaintiff or deleted after litigation is over.**

Additional discovery dispute argued.

**ORDERED:   Plaintiff is to serve written discovery in order to receive the claims file from the defendant.**

Additional discovery dispute argued.

**ORDERED:   Request for extension of discovery deadlines is DENIED.**

Additional discovery dispute argued.

**ORDERED:   Independent medical examination is scheduled for April 14, 2015 at 9:00 a.m.**

> **Expert disclosure deadline is extended to May 1, 2015.   Newly disclosed experts will be allowed to be disposed past the discovery deadline.  Parties may disclose rebuttal experts, if necessary.**

Discussion held on cost for reserved appointment for independent medical examination.

**ORDERED:   The $1200 fee incurred will be considered at the conclusion of the case as costs that will awarded to the defense if they win, or deducted from any award the plaintiff receives.**

Additional discovery dispute argued.

**ORDERED:   Independent medical examination may be audio recorded.**

Discussion held on settlement.

Court in Recess:  2:45 p.m.          Hearing concluded.          Total time in Court:  01:15